No. 137, Misc. BERRY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 142, Misc. CARNES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 143, Misc. SOLOMON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 145, Misc. MOSS *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckenridge,* Attorney General of Kentucky, and *Troy D. Savage,* Assistant Attorney General, for respondent.

No. 146, Misc. MONTGOMERY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 148, Misc. DAVIS *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. Martin H. Lock* for respondent.

No. 150, Misc. BISHOP *v.* MARONEY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 151, Misc. BODEN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 158, Misc. WILSON *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.